UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (Detroit)

In re:  Chapter 13 No. 18-48067-tjt
Karen Sue Frank
     Debtor.  Hon. Thomas J. Tucker
_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3)

NOW COMES Citizens Bank N.A., by and through its attorneys, Trott Law, P.C., and shows unto this Honorable Court as follows:

1. That Movant is a holder of a mortgage on property owned by the Debtor(s) and located at 9115 Grosse Ile Pkwy, Grosse Ile, MI 48138-1757 (see attached copy of loan document(s));

2. That the Debtor(s) filed Chapter 13 Bankruptcy on June 4, 2018;

3. That an order confirming plan has not yet been entered;

4. That pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the court shall grant relief from stay for cause, including lack of adequate protection of such party in interest;

5. That pursuant to the terms of the Chapter 13 Plan as proposed, the Debtors are required to remit monthly payments of $1,213.32 to the Chapter 13 Trustee;

6. That according to Debtors' Chapter 13 Plan, Movant is not treated as a secured mortgage creditor, nor listed for payment for the subject property in said plan. That pursuant to the books and records of Movant, the Debtor(s) has failed to remit the payments as required by the Mortgage;

7. That the approximate market value of the subject property is $102,000.00;

8. Trott Law, P.C. has been informed by Movant that the amount due and owing, is approximately $21,178.30, which includes Movant's Attorney fees and costs for filing this motion;

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

18-48067-tjt    Doc 26    Filed 06/27/18    Entered 06/27/18 09:26:34    Page 1 of 4

9. That Ditech Financial LLC and Homeplus Fin may have an interest in the subject property to the knowledge and belief of Movant;

10. That no other creditor will receive any benefit from the sale of the subject property;

11. Movant requests termination of the automatic stay of 11 U.S.C. § 362(a) to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and/or obtain possession of the property.

12. That in the event the automatic stay is terminated to allow Creditor to commence or continue its federal and/or state law rights as to the property, and Creditor deems the property is physically abandoned by the debtor(s)/homeowner(s), or by consent of the debtor(s)/homeowner(s), Creditor may also seek to shorten the Michigan post foreclosure statutory redemption period. A Chapter 7 Trustee may have the same rights and defenses as the Debtor(s) should Creditor seek to shorten the redemption period.

13. That pursuant to Local Bankruptcy Rule 9014-1(b)(1), attached is a copy of the proposed ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3) labeled as Exhibit "1";

14. That in the event a hearing on this motion is held and after said hearing the Court orders submission of an order in substantial compliance with Exhibit 1, presentment of said order shall be waived;

15. Concurrence from debtor's attorney was sought by movant's attorney's office on June 19, 2018 and concurrence was not able to be obtained from all parties.

WHEREFORE, Movant respectfully requests that the Court enter an ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3) for good cause shown pursuant to 11 U.S.C. §362(d)(1) and/or (d)(2), and that the Order is effective immediately upon entry by this Court

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

notwithstanding the provision of FRBP 4001(a)(3); and whatever other relief the Court deems just and equitable.

Dated: June 20, 2018

Respectfully Submitted,
Trott Law, P.C.

/S/ Crystal Price-Buckley (P69921)
/S/ Shawn C. Drummond (P58471)
/S/ Athena Aitas (P61824)
Attorney for Citizens Bank N.A.
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

Trott #475236B04

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

**EXHIBIT 1**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN (Detroit)

In re:  
Karen Sue Frank  
           Debtor.  
_____/

Chapter 13 No. 18-48067-tjt

Hon. Thomas J. Tucker

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

Citizens Bank N.A., by and through its attorneys, Trott Law, P.C., having filed a Motion For Relief From The Automatic Stay with respect to the property located at 9115 Grosse Ile Pkwy, Grosse Ile, MI 48138-1757; and the Court being in receipt of the Motion, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant with respect to the property located at 9115 Grosse Ile Pkwy, Grosse Ile, MI 48138-1757 to allow Creditor to commence or continue its federal and/or state law rights to the property. In the event Creditor deems the property is physically abandoned by the debtor(s)/homeowner(s), or by consent of the debtor(s)/homeowner(s), Creditor may also seek to shorten the Michigan post foreclosure statutory redemption period. A Chapter 7 Trustee may have the same rights and defenses as Debtor(s) should Creditor seek to shorten the redemption period. This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.