# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

    Karen Sue Frank                  **Chapter:** 13
                                             **Case Number:** 18-48067
                                             **Judge:** Thomas J. Tucker

                       Debtor(s).
_____/

## ORDER CONFIRMING PLAN

      The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

      Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

      IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $**** in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $**** shall be paid by the Trustee as an administrative expense of this case.

      IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

      All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

      IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

      X Debtor's Payment shall be paid $ 323.08 weekly, effective March 28, 2019.

      X Debtor shall submit 100% of any bonuses or profit sharing during the pendency of her Plan to the Chapter 13 Trustee.

      X ****Debtor's Attorney shall file an application for compensation for pre-confirmation attorney fees and costs.

      X Creditor Citizens Bank, NA shall be treated pursuant the Order Resolving entered December 12, 2018, Document #57.

    X Creditor, Rushmore Loan Management Services LLC shall be paid as a class 4.1 monthly in the amount of $782.87, subject to payment changes. Further, Rushmore Loan Management Services shall be paid its pre-petition arrearage of $9,405.32 as a Class 4.2.

| APPROVED: | OBJECTIONS WITHDRAWN: | APPROVED: |
|---|---|---|
| /s/ Tammy L. Terry | /s/ Crystal L. Price (with changes) | s/ Afan Bapacker |
| Tammy Terry, P46254 | Crystal L. Price (P69921) | AFAN BAPACKER p70885 |
| Chapter 13 Trustee | Attorney for Creditors Citizens Bank NA and Rushmore Loan Management Services, LLC | ATTORNEY FOR DEBTOR |
| 535 Griswold, Suite 2100 | | 16030 Michigan Ave., STE. 220 |
| Detroit, MI 48226 | | Dearborn, MI 48126 |
| (313) 967-9857 | Trott Law | 313-429-9525 |
| | 31440 Northwestern Highway | |
| | Suite 145 | |
| | Farmington Hills, MI 48334 | |
| | (248) 642-2515 | |

**Signed on April 13, 2019**



/s/ Thomas J. Tucker

**Thomas J. Tucker**
**United States Bankruptcy Judge**