# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Karen Sue Frank | **Chapter:** 13 |
| | **Case Number:** 18-48067 |
| Debtor(s). | **Judge:** Thomas J. Tucker |

## CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION PURSUANT TO L.B.R. 3015-2

Debtor, Karen Sue Frank, has filed papers with the Court to modify her confirmed Chapter 13 Plan.

An Order Confirming Plan was entered on April 13, 2019. Debtor have to pay a large bill for plumbing in excess of $ 5,000.00 for sewer repair and main sewer line replacement. Additionally, Rushmore Loan Management was overpaid through Debtor's plan based on a miscalculation in an escrow increase in November of 2019. As a result, there are funds being held by Rushmore that are needed to be refunded to Debtor so that she can complete these repairs. Debtor needs her 2020 tax refund to pay for the repairs.

Accordingly, Debtors seek to modify his plan as follows.

Debtors proposes to modify his chapter 13 Plan as follows:

a. Excuse 2020 Tax Refund in the amount $ 4,179.00.
b. Rushmore Loan Management shall refund any escrow surplus funds to the Debtor within 14 days of entry of Order Modifying Plan.
c. All other provisions of the confirmed chapter 13 plan and Order confirming plan shall remain in full force and effect.

Currently, Debtor's plan will not allow for Debtor to meet the above referenced expenses. The proposed plan modification will have no adverse impact on creditors in Classes 1,2,3,4,5,6, 7, and 8. But will have an adverse impact of Creditor's in class 9.

**Dated: January 14, 2021**         The Law Office of Afan Bapacker, P.C.

/s/ Afan Bapacker
Afan Bapacker (P70885)
The Law Office of Afan Bapacker, P.C.
16030 Michigan Ave, Ste 220
Dearborn, MI 48126
afan@bapackerlaw.com
Fax: 313-429-9525
313-447-3014

| | |
|---|---|
| **/s/ Afan Bapacker** | **/s/** Karen Sue Frank |
| **Afan Bapacker p70885** | Karen Sue Frank |
| Attorney for Debtor<br>**The Law Office of Afan Bapacker, P.C.** | Debtor |
| **16030 Michigan Ave.**<br>**Suite 220**<br>**Dearborn, MI 48126** | Joint Debtor |
| afan@bapackerlaw.com | |
| **3134299525 Fax:3134473014** | **January 14, 2021** |

**UNITED STATES BANKRUPTCY COURT**
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Karen Sue Frank | **Chapter:** 13 |
| | **Case Number:** 18-48067 |
| Debtor(s). | **Judge:** Thomas J. Tucker |
| _____/ | |

**<u>Notice of Deadline to Object to Proposed Chapter 13 Plan Modification</u>**

    The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

    If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

    If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

    Objections to the attached proposed chapter 13 plan modification shall be served on the following:

| | |
|---|---|
| Tammy Terry | Afan Bapacker (P70885) |
| Chapter 13 Trustee | The Law Office of Afan Bapacker, P.C. |
| 535 Griswold Ste. 2100. | 16030 Michigan Ave, Ste 220 |
| Detroit MI 48220 | Dearborn, MI 48126 |

| | |
|---|---|
| **Dated: January 14, 2021** | The Law Office of Afan Bapacker, P.C. |
| | /**s**/ Afan Bapacker_____ |
| | Afan Bapacker (P70885) |
| | The Law Office of Afan Bapacker, P.C. |
| | 16030 Michigan Ave, Ste 220 |
| | Dearborn, MI 48126 |
| | afan@bapackerlaw.com |
| | (313) 429-9525 |
| | 313-447-3014 fax |

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Karen Sue Frank | **Chapter:** 13 |
| | **Case Number:** 18-48067 |
| Debtor(s). | **Judge:** Thomas J. Tucker |

## ORDER MODIFYING PLAN

**THIS MATTER**, having come on for hearing on Debtor's Notice of Proposed Plan Modification Pursuant to L.B.R. 3015-2, no objections or responses being timely filed, and this Court otherwise being fully advised as to the premises:

**IT IS HEREBY ORDERED** that Debtors' Chapter 13 Plan is modified as follows:

a. Excuse 2020 Tax Refund in the amount $ 4,179.00.
b. Rushmore Loan Management shall refund any escrow surplus funds to the Debtor within 14 days of entry of Order Modifying Plan.
c. All other provisions of the confirmed chapter 13 plan and Order confirming plan shall remain in full force and effect.

Exhibit A

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Karen Sue Frank | **Chapter:** 13 |
| | **Case Number:** 18-48067 |
| Debtor(s). | **Judge:** Thomas J. Tucker |

## CERTIFICATE OF SERVICE

    I, Afan Bapacker, certify that that on January 14, 2021 the Notice of debtor's proposed plan modification was served electronically and by regular US mail on all interested parties, the trustee, and all parties listed on the attached mailing matrix.

**Dated: January 14, 2021**           **The Law Office of Afan Bapacker, P.C.**

                                                          **/s/ Afan Bapacker**
                                                          Afan Bapacker (P70885)
                                                          The Law Office of Afan Bapacker, P.C.
                                                          16030 Michigan Ave, Ste 220
                                                          Dearborn, MI 48126
                                                          afan@bapackerlaw.com
                                                          Fax: 313-646-8070
                                                          313-447-3014

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 18-48067-tjt<br>Eastern District of Michigan<br>Detroit<br>Thu Jan 14 15:52:50 EST 2021 | Homeplus Finance Corporation<br>c/o Patricia J. Scott/Scott A. Chernich<br>313 S. Washington Square<br>Lansing, MI 48933-2114 | Amplify Credit Union<br>3600 W Parmer Ln, Ste 20<br>Austin, TX 78727-4111 |
| CACH, LLC its successors and assigns as assi<br>of Avant<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CREDIT ACCEPTANCE<br>25505 W 12 MILE RD<br>SUITE 3000<br>SOUTHFIELD, MI 48034-8331 | Capital One Auto Finan<br>3901 Dallas Pkwy<br>Plano, TX 75093-7864 |
| Capital One Auto Finance, a division of Capi<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Cash Net USA<br>CNU of Michigan, LLC<br>175 W. Jackson Blvd. Ste. 1000<br>Chicago, IL 60604-2863 | Citizens Bank, N.A. f/k/a RBS Citizens, N.A.<br>Attn: bankruptcy Dept.<br>10561 Telegraph Rd.<br>Glen Allen, VA 23059-4577 | Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 |
| Ditech Financial LLC FKA Green Tree Servicin<br>PO Box 0049<br>Palatine, IL 60055-0049 | Ditech Financial Llc<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101-1314 | Dte Energy<br>Attention: Bankruptcy Department<br>Po Box 740786<br>Cincinnati, OH 45274-0786 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Grosse Ile Township<br>9601 Groh Road<br>Grosse Ile, MI 48138-2171 | Homeplus Fin<br>600 Lairport Street<br>El Segundo, CA 90245-5004 |
| Homeplus Finance Corporation<br>600 Lairport Street<br>El Segundo, CA 90245-5004 | Homeplus Finance Corporation<br>c/o Scott A. Chernich/Patricia J. Scott<br>Foster, Swift, Collins & Smith, P.C.<br>313 S. Washington Square<br>Lansing, MI 48933-2195 | IRS-Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Montgomery Ward<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

| Rushmore Loan Management Services, LLC<br>15480 Laguna Canyon Road, Suite 100<br>Irvine, CA 92618-2132 | Stoneberry<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Syncb/amer Eagle<br>Po Box 965005<br>Orlando, FL 32896-5005 |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Township of Grosse Ile<br>Department of Public Services<br>9601 Groh Road<br>Grosse Ile, MI 48138-2171 |
| Trott Law, PC<br>31440 Northwestern Hwy,<br>Farmington, MI 48334-5420 | US Attorney<br>Civil Division<br>211 West Fort Street, Suite 2001<br>Detroit, MI 48226-3220 | Afan Bapacker<br>16030 Michigan Avenue<br>Suite 220<br>Dearborn, MI 48126-2964 |
| Karen Sue Frank<br>9115 Grosse Ile Pkwy<br>Grosse Ile, MI 48138-1757 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Capital One Auto Finance | (u)Citizens Bank N.A. | (du)Citizens Bank, N.A. |
|---|---|---|
| (u)Ditech Financial LLC | (u)MTGLQ Investors, LP | (u)Rushmore Loan Management Services, LLC |
| (u)Tiki Series IV Trust | (u)MTGLQ INVESTORS<br>L.P. | End of Label Matrix<br>Mailable recipients   40<br>Bypassed recipients    8<br>Total                 48 |