Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 18−48067−tjt
Chapter: 13
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    Karen Sue Frank
    9115 Grosse Ile Pkwy
    Grosse Ile, MI 48138−1757

Social Security No.:
    xxx−xx−9641

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

**90** − Chapter 13 Post−Confirmation Plan Modification Filed by Debtor Karen Sue Frank (RE: related document(s)67 Amended Chapter 13 Plan − Pre Confirmation). (Bapacker, Afan)

will be held on: 2/25/21 at 11:00 AM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Note: effective beginning March 16, 2020, Judge Tucker is conducting all Chapter 13 contested hearings by telephone. At least five minutes before the scheduled time for such a hearing, which normally is at 1:30 p.m., counsel and parties should call (888) 684−8852 and use Access Code 2388650. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating. (This procedure does not apply to Chapter 13 status conferences with the Chapter 13 Trustee. See any applicable notices by the Chapter 13 Trustee for information about status conferences.)

Dated: 1/22/21

                BY THE COURT

                Todd M. Stickle, Clerk of Court
                U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

In re:     Case No. 18-48067-tjt
Karen Sue Frank     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2     User: mvozn     Page 1 of 2
Date Rcvd: Jan 22, 2021     Form ID: nthrgBK     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Karen Sue Frank, 9115 Grosse Ile Pkwy, Grosse Ile, MI 48138-1757 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Afan Bapacker | on behalf of Debtor Karen Sue Frank afan@bapackerlaw.com abpetitions@gmail.com;BapackerAR75554@notify.bestcase.com |
| Athena J. Aitas | on behalf of Creditor Citizens Bank N.A. easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com |
| Craig B. Rule | on behalf of Creditor Rushmore Loan Management Services LLC bankruptcyMW@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com |
| Crystal L. Price-Buckley | on behalf of Creditor Ditech Financial LLC easternecf@trottlaw.com mitrottlaw@ecf.courtdrive.com |
| Crystal L. Price-Buckley | on behalf of Creditor Citizens Bank N.A. easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com |
| Crystal L. Price-Buckley | on behalf of Creditor Citizens Bank N.A. easternecf@trottlaw.com mitrottlaw@ecf.courtdrive.com |
| Jacob Daniel High | on behalf of Creditor Capital One Auto Finance jacob@jacobhighlaw.com michigan.ecf@aislaw.com |
| Patricia Scott | |

| | |
|---|---|
| Ryan Byrd | on behalf of Creditor Homeplus Finance Corporation pscott@fosterswift.com  JMulvany@fosterswift.com |
| Ryan Byrd | on behalf of Creditor Rushmore Loan Management Services  LLC bankruptcyMW@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com |
| Ryan Byrd | on behalf of Creditor Tiki Series IV Trust bankruptcyMW@orlans.com  ANHSOA@4stechnologies.com;anhsoa@gmail.com |
| Ryan Byrd | on behalf of Creditor MTGLQ Investors  LP bankruptcyMW@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com |
| Tammy L. Terry | mieb_ecfadmin@det13.net |

TOTAL: 12